THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,
                    Plaintiff,
        v.
KCD TRUCKING INC., a Washington
corporation,
                    Defendant.

NO.   2:22-cv-00856-MJP

PLAINTIFF'S MOTION FOR AND
AFFIDAVIT FOR ENTRY OF
DEFAULT JUDGMENT

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiff prays

the Court for judgment against Defendant, KCD Trucking Inc.

This motion is based on documents on file with the court and upon the

attached affidavit of Russell J. Reid and exhibits hereto, the Declaration of Hunter

Hughes and exhibits thereto, which evidence Plaintiff is entitled to judgment against

Defendant, KCD Trucking Inc..

DATED this _____ day of September 2022.

REID, McCARTHY, BALLEW & LEAHY,
L.L.P.

By: _____
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rmbllaw.com
Attorney for Plaintiff

PLAINTIFF'S MOTION FOR AND AFFIDAVIT
FOR ENTRY OF DEFAULT JUDGMENT – 2:22-cv-00856-MJP
Page 1

**AFFIDAVIT**

STATE OF WASHINGTON      )
                                ) ss.
County of King                 )

RUSSELL J. REID, being first duly sworn on oath, deposes and says:

1.      I am one of the Plaintiff's attorneys and make this affidavit in support of Plaintiff's motion for judgment after entry of default.

2.      Plaintiff Northwest Administrators, Inc. ("Northwest"), as the authorized administrative agent for and assignee of the Washington Teamsters Welfare Trust Fund (hereinafter "Trust"), brought this action to collect employee benefit contributions, liquidated damages, interest, attorney's fees and costs due by reason of Defendant's employment of members of the bargaining unit represented by Local 174 of the International Brotherhood of Teamsters (hereinafter "Local").

3.      As evidenced by the records on file with the court, an Order of Default has been entered against Defendant.  (See **Exhibit A** attached hereto).

4.      As alleged by Plaintiff in paragraph I of its Complaint, it is a Washington corporation doing business in King County.

5.      As alleged by Plaintiff in paragraph V of its Complaint, Defendant is a Washington corporation.

6.      The Court has jurisdiction over the subject matter of this action under Section 502 (e)(1) and (f) of the Employee Retirement Income Security Act of 1974

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

("ERISA"), 29 U.S.C. §1132 (e)(1) and (f) and under Section 301 (a) of the Taft-Hartley Act, 29 U.S.C. §185 (a).

7.      As alleged by Plaintiff in paragraph VI of its Complaint, Defendant is bound to a collective bargaining agreement (*See*, Hughes Dec, **Ex. A**) with the Local under which the Defendant is required to promptly and fully report for and pay monthly contributions to the Trusts at specified rates for each hour of compensation (including overtime, holidays, vacation and sick leave) the Defendant pays to its employees who are members of the bargaining unit represented by the Local (such bargaining unit members are any of the Defendant's part time or full time employees who perform any work task covered by the Defendant's labor agreement with the Local, whether or not those employees ever actually join the Local).

8.      As alleged by Plaintiff in paragraph VII of its Complaint, Defendant specifically accepted the Plaintiff's Trust Agreement. (Hughes Dec., **Ex. B**, Article IV, Section 2, p. 8).

9.      By accepting the Trust's Agreement and Declaration of Trust, Defendant agreed to pay to the Trust liquidated damages equal to twenty percent (20%) of all delinquent and delinquently paid contributions and interest at varying annual rates (*see*, **Ex B attached hereto – IRC 6621 Table of Underpayment Rates (a)(2)**) accruing upon such contribution delinquencies, as well as reasonable attorneys' fees and costs the Trust incurs in connection with Defendant's unpaid obligations. (Hughes Dec., **Ex. B**, Article IV, Section 2, p. 8).

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

10.     The Washington Teamsters Welfare Trust Fund sent its Notice of Delinquency letter dated May 24, 2022 to the Defendant for the period January through April 2022, which states, in part:

> Trust records indicate payment has not been received for your employees for the employment month(s) of January through April 2022.
>
> **Failure to make this payment would violate your labor agreement and, pursuant to the Trust's delinquency policy and Article IV Section 2 of the Agreement and Declaration of Trust, if your payment and remittance report are not received by the Trust on or before the last business day of this month, liquidated damages of 20% will be assessed along with interest and collection fees.**

(Hughes Dec, **Ex. C**)

11.     Defendant delinquently paid its contributions for the period January 2022 in the amount of $63.10 due February 10, 2022 and received on July 28, 2022 (**Exhibit D**),.  Accordingly, Defendant is obligated to the Trust for liquidated damages in the amount of $12.62 and interest (through 7/28/22) in the amount of $0.87 for the period January 2022.  (Defendant reported zero hours for the period February 2022 through May 2022).

12.     Attached as **Exhibit E** to Hughes' Declaration is a spreadsheet showing the amounts due, their due dates, date paid, and calculations of interest and liquidated damages.

13.     Plaintiff has incurred attorneys' fees of $552.15 and court costs in the amount of $482.00 in connection with Defendant's unpaid obligations. **Exhibit C,**

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

attached hereto, sets forth the true and correct itemization of attorney and non-attorney time spent on this matter.   The attorney's hourly rate does not incorporate the cost of work performed by non-attorneys.   Consistent with *Trustees of Construction Industry v. Redland Insurance Company,* 460 F.3d 1253 (9th cir., 2006) the award of fees for both attorneys and non-attorneys is customary and fees for both attorneys and non-attorneys have been approved by numerous judges in the United States District Court for the Western District of Washington.   True and correct copies of the Orders awarding fees and declarations showing the fees awarded were for work by attorneys and non-attorneys are attached hereto as **Exhibit D**.

14.   The attorney fees incurred by Plaintiff include work performed by attorney, Russell J. Reid, and non-attorneys, Shelly Azus and Jennifer Zagelow.

15.   Based upon the pleadings heretofore filed with the Court, upon the foregoing information and exhibits hereto, it has been evidenced as follows:

A.   This action is properly within the jurisdiction of the Court and venue is proper;

B.   Defendant is in default herein;

C.   Defendant has contractual obligations to promptly and fully to report for and pay contributions to the Trusts at specified rates on behalf of each of Defendant's employees who is a member of the bargaining unit represented by the Local;

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

D.      Defendant specifically accepted the Plaintiff Trust's Agreement and thereby agreed to pay Plaintiff's Trusts liquidated damages equal to twenty percent (20%) of all delinquent and delinquently paid contributions and interest at varying rates accruing on the delinquent contributions from the date due until fully paid, as well as all attorneys' fees and costs including audit expenses if applicable, which Plaintiff incurs in the collection of all of Defendant's unpaid obligations;

E.      Based on Defendant's delinquently paid contributions for the period January 2022, Defendant is obligated to the Trust for liquidated damages in the amount of $12.62 and interest (through 7/28/22) in the amount of $0.87.

F.      Defendant is further liable for attorney's fees of $552.15 and court costs of $482.00 for the period January 2022.

16.     Accordingly, Plaintiff is entitled to take judgment against Defendant for the period January 2022 in the total amount of $1,047.64:   $12.62 in liquidated damages; $0.87 in pre-judgment interest; $552.15 in attorneys' fees, and $482.00 in costs.

I declare under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

//

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

Executed this _12th_ day of September, 2022, at Seattle, King County, Washington.

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By: _____
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rmbllaw.com
Attorney for Plaintiff

SUBSCRIBED AND SWORN to before me this _12th_ day of September 2022.

_____
Print Name:  Shelly Azus
Notary Public in and for the State of
Washington, residing at Covington WA
My commission expires:  12-09-2022

SHELLY AZUS
NOTARY PUBLIC #68304
STATE OF WASHINGTON
COMMISSION EXPIRES
DECEMBER 9, 2022

PLAINTIFF'S MOTION FOR AND AFFIDAVIT
FOR ENTRY OF DEFAULT JUDGMENT – 2:22-cv-00856-MJP
Page 7

# EXHIBIT A

# TO

# RUSSELL J. REID'S

# AFFIDAVIT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

Plaintiff,

v.

KCD TRUCKING, INC., a Washington corporation,

Defendant.

NO.   2:22-cv-00856-MJP

ORDER OF DEFAULT

THIS MATTER having come on to be heard on the motion of Plaintiff, Plaintiff appearing through its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant, KCD Trucking, Inc., failing to appear, good cause being shown, and the Court being fully advised, now, therefore;

IT IS HEREBY ORDERED that Defendant, KCD Trucking, Inc., is in default.

DONE IN OPEN COURT this 15th day of August, 2022.

/s/ Ravi Subramanian
UNITED STATES DISTRICT COURT CLERK

ORDER OF DEFAULT -- 2:22-cv-00856-MJP
Page 1 of 2

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

Presented for Entry by:

By: _____
Russell J. Reid, WSBA #2560
Reid, McCarthy, Ballew & Leahy, LLP
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rmbllaw.com
Attorney for Plaintiff

ORDER OF DEFAULT -- 2:22-cv-00856-MJP
Page 2 of 2

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

# EXHIBIT B

# TO

# RUSSELL J. REID'S

# AFFIDAVIT

 U.S. DEPARTMENT OF LABOR

**Employee Benefits Security Administration**

# IRC 6621 Table of Underpayment Rates

Table of Interest Rates
IRC 6621(a)(2) and (c)(1) Underpayment Rates
From January 1, 1990 - September 30, 2022

| Date | (a)(2) Underpayment Rates | (c)(1) Underpayment Rates |
|---|---|---|
| July 1 – September 30, 2022 | 5% | 7% |
| April 1 – June 30, 2022 | 4% | 6% |
| January 1 - March 31, 2022 | 3% | 5% |
| October 1 - December 31, 2021 | 3% | 5% |
| July 1 – September 30, 2021 | 3% | 5% |
| April 1 - June 30, 2021 | 3% | 5% |
| January 1 – March 31, 2021 | 3% | 5% |
| October 1 – December 31, 2020 | 3% | 5% |
| July 1 – September 30, 2020 | 3% | 5% |
| April 1 - June 30, 2020 | 5% | 7% |
| January 1 – March 31, 2020 | 5% | 7% |
| October 1 – December 31, 2019 | 5% | 7% |
| July 1 – September 30, 2019 | 5% | 7% |
| April 1 – June 30, 2019 | 6% | 8% |
| January 1 – March 31, 2019 | 6% | 8% |
| October 1 – December 31, 2018 | 5% | 7% |
| July 1 – September 30, 2018 | 5% | 7% |
| April 1 – June 30, 2018 | 5% | 7% |
| January 1 – March 31, 2018 | 4% | 6% |
| October 1 – December 31, 2017 | 4% | 6% |
| July 1 – September 30, 2017 | 4% | 6% |
| April 1 – June 30, 2017 | 4% | 6% |

| Date | (a)(2) Underpayment Rates | (c)(1) Underpayment Rates |
| --- | --- | --- |
| January 1 – March 31, 2017 | 4% | 6% |
| October 1 – December 31, 2016 | 4% | 6% |
| July 1 – September 30, 2016 | 4% | 6% |
| April 1 – June 30, 2016 | 4% | 6% |
| January 1 – March 31, 2016 | 3% | 5% |
| October 1 – December 31, 2015 | 3% | 5% |
| July 1 – September 30, 2015 | 3% | 5% |
| April 1 – June 30, 2015 | 3% | 5% |
| January 1 – March 31, 2015 | 3% | 5% |
| October 1 – December 31, 2014 | 3% | 5% |
| July 1 – September 30, 2014 | 3% | 5% |
| April 1 – June 30, 2014 | 3% | 5% |
| January 1 – March 31, 2014 | 3% | 5% |
| October 1 – December 31, 2013 | 3% | 5% |
| July 1 – September 30, 2013 | 3% | 5% |
| April 1 – June 30, 2013 | 3% | 5% |
| January 1 – March 31, 2013 | 3% | 5% |
| October 1 – December 31, 2012 | 3% | 5% |
| July 1 – September 30, 2012 | 3% | 5% |
| April 1 – June 30, 2012 | 3% | 5% |
| January 1 – March 31, 2012 | 3% | 5% |
| October 1 – December 31, 2011 | 3% | 5% |
| July 1 – September 30, 2011 | 4% | 6% |
| April 1 – June 30, 2011 | 4% | 6% |
| January 1 – March 31, 2011 | 3% | 5% |
| October 1 – December 31, 2010 | 4% | 6% |
| July 1 – September 30, 2010 | 4% | 6% |
| April 1 – June 30, 2010 | 4% | 6% |
| January 1 – March 31, 2010 | 4% | 6% |

| Date | (a)(2) Underpayment Rates | (c)(1) Underpayment Rates |
|---|---|---|
| October 1 – December 31, 2009 | 4% | 6% |
| July 1 – September 30, 2009 | 4% | 6% |
| April 1 – June 30, 2009 | 4% | 6% |
| January 1 – March 31, 2009 | 5% | 7% |
| October 1 – December 31, 2008 | 6% | 8% |
| July 1 – September 30, 2008 | 5% | 7% |
| April 1 – June 30, 2008 | 6% | 8% |
| January 1 – March 31, 2008 | 7% | 9% |
| October 1 – December 31, 2007 | 8% | 10% |
| July 1 – September 30, 2007 | 8% | 10% |
| April 1 – June 30, 2007 | 8% | 10% |
| January 1 – March 31, 2007 | 8% | 10% |
| October 1 – December 31. 2006 | 8% | 10% |
| July 1 – September 30, 2006 | 8% | 10% |
| April 1 – June 30, 2006 | 7% | 9% |
| January 1 – March 31, 2006 | 7% | 9% |
| October 1 – December 31, 2005 | 7% | 9% |
| July 1 – September 30, 2005 | 6% | 8% |
| April 1 – June 30, 2005 | 6% | 8% |
| January 1 – March 31, 2005 | 5% | 7% |
| October 1 – December 31, 2004 | 5% | 7% |
| July 1 – September 30, 2004 | 4% | 6% |
| April 1 – June 30, 2004 | 5% | 7% |
| January 1 – March 31, 2004 | 4% | 6% |
| October 1 – December 31, 2003 | 4% | 6% |
| July 1 – September 30, 2003 | 5% | 7% |
| April 1 – June 30, 2003 | 5% | 7% |
| January 1 – March 31, 2003 | 5% | 7% |
| October 1 – December 31, 2002 | 6% | 8% |

| Date | (a)(2) Underpayment Rates | (c)(1) Underpayment Rates |
|---|---|---|
| July 1 – September 30, 2002 | 6% | 8% |
| April 1 – June 30, 2002 | 6% | 8% |
| January 1 – March 31, 2002 | 6% | 8% |
| October 1 – December 31, 2001 | 7% | 9% |
| July 1 – September 30, 2001 | 7% | 9% |
| April 1 – June 30, 2001 | 8% | 10% |
| January 1 – March 31, 2001 | 9% | 11% |
| October 1 – December 31, 2000 | 9% | 11% |
| July 1 – September 30, 2000 | 9% | 11% |
| April 1 – June 30, 2000 | 9% | 11% |
| January 1 – March 31, 2000 | 8% | 10% |
| October 1 – December 31, 1999 | 8% | 10% |
| July 1 – September 30, 1999 | 8% | 10% |
| April 1 – June 30, 1999 | 8% | 10% |
| January 1 – March 31, 1999 | 7% | 9% |
| October 1 – December 31, 1998 | 8% | 10% |
| July 1 – September 30, 1998 | 8% | 10% |
| April 1 – June 30, 1998 | 8% | 10% |
| January 1 – March 31, 1998 | 9% | 11% |
| October 1 – December 31, 1997 | 9% | 11% |
| July 1 – September 30, 1997 | 9% | 11% |
| April 1 – June 30, 1997 | 9% | 11% |
| January 1 – March 31, 1997 | 9% | 11% |
| October 1 – December 31, 1996 | 9% | 11% |
| July 1 – September 30, 1996 | 9% | 11% |
| April 1 – June 30, 1996 | 8% | 10% |
| January 1 – March 31, 1996 | 9% | 11% |
| October 1 – December 31, 1995 | 9% | 11% |
| July 1 – September 30, 1995 | 9% | 11% |

| Date | (a)(2) Underpayment Rates | (c)(1) Underpayment Rates |
|---|---|---|
| April 1 – June 30, 1995 | 10% | 12% |
| January 1 – March 31, 1995 | 9% | 11% |
| October 1 – December 31, 1994 | 9% | 11% |
| July 1 – September 30, 1994 | 8% | 10% |
| April 1 – June 30, 1994 | 7% | 9% |
| January 1 – March 31, 1994 | 7% | 9% |
| October 1 – December 31, 1993 | 7% | 9% |
| July 1 – September 30, 1993 | 7% | 9% |
| April 1 – June 30, 1993 | 7% | 9% |
| January 1 – March 31, 1993 | 7% | 9% |
| October 1 – December 31, 1992 | 7% | 9% |
| July 1 – September 30, 1992 | 8% | 10% |
| April 1 – June 30, 1992 | 8% | 10% |
| January 1 – March 31, 1992 | 9% | 11% |
| October 1 – December 31, 1991 | 10% | 12% |
| July 1 – September 30, 1991 | 10% | 12% |
| April 1 – June 30, 1991 | 10% | 12% |
| January 1 – March 31, 1991 | 11% | 13% |
| October 1 – December 31, 1990 | 11% | N/A |
| July 1 – September 30, 1990 | 11% | N/A |
| April 1 – June 30, 1990 | 11% | N/A |
| January 1 – March 31, 1990 | 11% | N/A |

**FEDERAL GOVERNMENT**⊞

White House
Coronavirus Resources
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov

**LABOR DEPARTMENT**⊞

About DOL
Guidance Search
Español
Office of Inspector General
Subscribe to the DOL Newsletter

**ABOUT THE SITE**⊞

Freedom of Information Act
Disclaimers
Plug-Ins Used on DOL.gov
Accessibility Statement

**Employee Benefits Security
Administration**

Motion & Affidavit for Default Judgment
Page 16

5/6

An agency within the U.S.
Department of Labor

200 Constitution Ave NW
Washington, DC 20210
1-866-4-USA-DOL
1-866-487-2365
www.dol.gov

Notification of EEO ViolationsRead the DOL Newsletter

No Fear Act Data                    Emergency Accountability Status Link

U.S. Office of Special CounselA to Z Index

Connect With DOL



Site Map   |   Important Website Notices   |   Privacy & Security Statement

# EXHIBIT C
# TO
# RUSSELL J. REID'S
# AFFIDAVIT

Sheet2

| | Northwest Administrators Inc. v. KCD TRUCKING INC. | | | |
|---|---|---|---|---|
| | Attorneys'/Non-Attorneys' Fees and Costs | | | |
| | FEES | | | |
| Date | Description | Tmkpr | Hours | Fees |
| 6/1/2022 | Reviewing new referral re KCD Trucking Inc. | RJR | 0.13 | $23.40 |
| 6/1/2022 | Process new referral; draft demand letter to employer | SA | 0.30 | $22.50 |
| 6/17/2022 | TC to Sara re any payments received for 1/22 - 5/22; research registered agent via internet; draft Summons, Complaint, Civil Cover Sheet; draft Corporate Disclosure Statement | SA | 0.70 | $52.50 |
| 6/17/2022 | Reviewing Complaint re KCD Trucking Inc. | RJR | 0.25 | $45.00 |
| 6/17/2022 | Scan and efile Summons, Complaint, Civil Cover Sheet with USDC; pay filing fee via court website | JZ | 0.20 | $12.00 |
| 6/22/2022 | Receive summons issued by USDC; prepare lawsuit for service on employer | SA | 0.20 | $15.00 |
| 6/27/2022 | Scan and efile Proof of Service with USDC | JZ | 0.10 | $6.00 |
| 7/19/2022 | Receive Order re Initial Disclosures etc. from USDC; docket court dates; advise JH of court dates; calendar court dates for JH; prepare for mailing to employer | SA | 0.25 | $18.75 |
| 7/27/2022 | Draft Motion & Affidavit of RJR; draft Proposed Order of Default | SA | 0.30 | $22.50 |
| 7/27/2022 | Reviewing default documents re RJR Enterprises Inc. | RJR | 0.25 | $45.00 |
| 7/27/2022 | Scan and efile default documents with USDC; email proposed Order to Judge | JZ | 0.20 | $12.00 |
| 9/7/2022 | Draft and prepare exhibits to be attached to Judgment documents; draft Motion & Affidavit of RJR; draft Hughes' Declaration; draft proposed Judgment | SA | 2.50 | $187.50 |
| 9/12/2022 | Reviewing Judgment documents re KCD Trucking Inc. | RJR | 0.25 | $45.00 |
| 9/13/2022 | Scan and efile judgment documents with USDC; email proposed judgment to Judge; prepare courtesy copy of judgment documents to be delivered to Judge's chambers | JZ | 0.75 | $45.00 |
| | TOTALS | | | $552.15 |

RJR - Russell J. Reid, Attorney - .88 hrs @ $180 pr hr = $158.40
SA - Shelly Azus, Legal Assistant - 4.25 hrs @ $75 pr hr = $318.75

JZ - Jennifer Zagelow, Office Assistant - 1.25 hrs @ $60 pr hr = $75.00

| | COSTS | |
|---|---|---|
| Date | Description | Amount |
| 6/17/2022 | Filing fee | $402.00 |
| 6/24/2022 | Process Service fee | $80.00 |
| | TOTAL | $482.00 |

Motion & Affidavit for Default Judgment
Page 19

# EXHIBIT D

# TO

# RUSSELL J. REID'S

# AFFIDAVIT

Sheet4

Locals 302 & 612 et al, v. Lou Russell Construction, LLC
Attorneys' Fees and Costs

**FEES**

| Date | Description | Timkpr | Hours | Fees |
|------|-------------|--------|-------|------|
| 11/27/2012 | Telephone call to Patty re any payments received for July 2012 forward; research registered agent via internet; draft Summons, Complaint, Civil Cover Sheet | SA | 0.50 | $30.00 |
| 11/27/2012 | Reviewing complaint re Lou Russell Construction, LLC | RJR | 0.25 | $37.50 |
| 11/27/2012 | Scan and efile Summons, Complaint, Civil Cover Sheet with USDC; pay filing fee via website | ST | 0.40 | $24.00 |
| 11/28/2012 | Receive original summons; prepare lawsuit for service on employer | SA | 0.20 | $12.00 |
| 12/5/2012 | Scan and efile Proof of Service with USDC | ST | 0.10 | $6.00 |
| 12/28/2012 | Draft Motion & Affidavit of RJR; draft Proposed Order of Default | SA | 0.30 | $18.00 |
| 12/28/2012 | Reviewing default documents re Lou Russell Construction, LLC | RJR | 0.25 | $37.50 |
| 12/28/2012 | Scan and efile default documents with USDC; email proposed order to Judge | ST | 0.20 | $12.00 |
| 1/28/2013 | Draft Motion & Affidavit of RJR, Hinkle Declaration, Proposed Judgment | SA | 2.25 | $135.00 |
| 1/28/2013 | Reviewing Judgment documents re Lou Russell Construction, LLC | RJR | 0.25 | $37.50 |
| 1/28/2013 | Scan and efile Judgment documents with USDC; email proposed Judgment to Judge | ST | 0.50 | $30.00 |
| | **TOTAL FEES** | | | **$379.50** |

RJR - Russell J. Reid, Attorney - .75 hrs @ $150 pr hr = $112.50

SA - Shelly Azus, Legal Assistant - 3.25 hrs @ $60 pr hr = $195.00

ST - Shelly Yrahin, Office Assistant - 1.20 hrs @ $60 pr hr = $72.00

**COSTS**

| Date | Description | | | Amount |
|------|-------------|--|--|--------|
| 11/20/2012 | Filing fee | | | $350.00 |
| 11/20/2012 | Process Service fee | | | $55.00 |
| | **TOTAL COSTS** | | | **$405.00** |

Page 1

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

LOCALS 302 AND 612 OF THE
INTERNATIONAL UNION OF
OPERATING ENGINEERS
CONSTRUCTION INDUSTRY HEALTH
AND SECURITY FUND, et al.,

Plaintiffs

v.

LES RUSSELL CONSTRUCTION, LLC, a
Washington limited liability company,

Defendant.

NO.   C12-2072-RSL

ORDER OF JUDGMENT

Summary of Judgment

Judgment Creditor: Operating Engineers Trust Funds
Judgment Debtor: Les Russell Construction, LLC
Principal Judgment Amount: $11,125.38
Liquidated Damages: $1,280.85
Interest to Date of Judgment: $499.30
Attorneys Fees: $379.50
Costs: $405.00
Other Recovery Amounts: NONE
Percent Interest on Principal: Twelve percent (12%) per annum
Interest Rate on Costs: NONE
Attorneys for Judgment Creditor: Reid, Pederson, McCarthy & Ballew, L.L.P.

ORDER OF JUDGMENT – C12-2072-RSL
Page 1 of 2

THIS MATTER coming on for consideration upon Plaintiffs' motion for judgment against the Defendant, Plaintiffs being represented by their attorney, Russell J. Reid of Reid, Pederson, McCarthy & Ballew, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the affidavit of Russell J. Reid and the exhibits thereto and the Declaration of Patricia Hinkle and the exhibits thereto in support of Plaintiffs' motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiffs be and hereby are awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff Trusts by Defendant for its inclusive employment of members of the bargaining unit represented by Local 302 with which the Defendant has a valid collective bargaining agreement and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the employment period July 2012 through November 2012: for contributions of $10,486.06, for dues of $639.32, for liquidated damages of $1,280.85, for pre-judgment interest of $499.30, for attorneys' fees of $379.50, and for costs of $405.00; all for a total of $13,690.03.

JUDGMENT ENTERED this 5th day of February, 2013.

_MW S. Caswik_
UNITED STATES DISTRICT JUDGE

THE HONORABLE ROBERT S. LASNIK

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| 7   LOCALS 302 AND 612 OF THE<br>8   INTERNATIONAL UNION OF<br>    OPERATING ENGINEERS<br>9   CONSTRUCTION INDUSTRY HEALTH<br>    AND SECURITY FUND, et al., | NO.  C12-2072-RSL |
| 10 | MOTION FOR AND AFFIDAVIT FOR<br>ENTRY OF DEFAULT JUDGMENT |
|             Plaintiffs | |
| 11 | |
| 12           v. | |
| 13   LES RUSSELL CONSTRUCTION, LLC, a<br>14   Washington limited liability company, | |
| 15             Defendant. | |

16         Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiffs pray the

17   Court for Judgment against Defendant, Les Russell Construction, LLC.

18         This motion is based on documents on file with the court, upon the attached affidavit

19   of Russell J. Reid and exhibits hereto, and upon the Declaration of Patricia Hintze and

20

21   exhibits thereto, which evidence Plaintiffs are entitled to judgment against Defendant, Les

22   Russell Construction, LLC.

23
24
25
26

MOTION FOR AND AFFIDAVIT FOR ENTRY OF
DEFAULT JUDGMENT — C12-2072-RSL
Page 1

Reid, Pedersen, McCarthy & Ballew, LLP<br>ATTORNEYS AT LAW<br>100 WEST HARRISON STREET • NORTH TOWER, SUITE 300<br>SEATTLE, WASHINGTON 98119<br>• TELEPHONE (206) 287-9141 • FAX (206) 281-4925

DATED this _____ day of _____, 2013.

REID, PEDERSEN, McCARTHY & BALLEW, L.L.P.

_____
Russell J. Reid, WSBA #12560
Attorney for Plaintiffs

### AFFIDAVIT

STATE OF WASHINGTON,          )
                              ) ss.
County of King                )

RUSSELL J. REID, being first duly sworn on oath, deposes and says:

1.    I am one of the Plaintiffs' attorneys and make this affidavit in support of their motion for judgment after entry of default.

2.    Plaintiffs brought this action to collect contributions, dues, liquidated damages, interest, attorneys' fees and costs due them by reason of Defendant's employment of members of the bargaining unit represented by Local 302 of the International Union of Operating Engineers, with which the Defendant has a valid labor contract, and by reason of its acceptance of Plaintiff Trusts' Agreements & Declarations of Trust (hereinafter "Trust Agreements").

3.    As evidenced by the records on file with the Court, an Order of Default has been entered against Defendant. (See Exhibit A attached).

MOTION FOR AND AFFIDAVIT FOR ENTRY OF
DEFAULT JUDGMENT--C12-2072-RSL
Page 2

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-3610 • FAX: (206) 285-9213
(unclear)

4.  The Court has jurisdiction over the subject matter of this action under Section 502 (e)(1) and (f) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1132 (e)(1) and (f) and under Section 301 (a) of the Taft-Hartley Act, 29 U.S.C. §185 (a).

5.  Venue is proper in this district under Section 502 (e)(2) of ERISA, 29 U.S.C. §1132 (e)(2), because plaintiff Trusts are administered in this district.

6.  As alleged in COUNT ONE, paragraph I of Plaintiffs' complaint, Plaintiff Trusts are unincorporated associations operating as Trust Funds pursuant to Section 302 of the Labor Management Relations Act of 1947, as amended, under the respective names of Locals 302 and 612 of the International Union of Operating Engineers-Construction Industry Health & Security Fund, Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Fund, and Western Washington Operating Engineers-Employers Training Fund, to provide medical, retirement, and training benefits to eligible participants. Plaintiffs' offices are located in King County, Washington.

7.  As alleged in COUNT ONE, paragraph V of Plaintiffs' complaint, Defendant is bound to a collective bargaining agreement (see, Hinkle Dec., Ex. A) with Local 302 of the International Union of Operating Engineers (hereinafter "Local"), under which Defendant is required to promptly and fully report for and pay monthly contributions to the Plaintiffs at varying, specified rates for each hour of compensation Defendant pays to its employees who are members of the bargaining

Reid, Pederson, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET · NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 285-0464 · FAX (206) 285-8925

unit represented by the Local (such bargaining unit members are any of Defendant's part-time or full time employees who perform any work tasks covered by Defendant's labor contract with the Local, whether or not those employees actually join the Local). (see, Hinkle Dec., Ex. B- D).

8.  As alleged in COUNT ONE, paragraph VI of Plaintiffs' complaint, Defendant accepted Plaintiffs' respective Agreements and Declarations of Trust and thereby agreed to pay to each of Plaintiff Trusts liquidated damages equal to twelve percent (12%) of all delinquent and delinquently paid contributions, or $25.00 per month, whichever is greater, and twelve percent (12%) annual interest accruing upon each monthly contribution delinquency from the first day thereof until fully paid, as well as all attorneys fees and costs, including audit expenses if applicable, which Plaintiffs incur in the collection of all of Defendant's unpaid obligations. (see, Hinkle Dec., Ex. B-D).

9.  As alleged in COUNT TWO, paragraph I of Plaintiffs' complaint, Plaintiff Local 302 of the International Union of Operating Engineers is a labor organization with its principal offices in King County, and brings this action pursuant to Section 301 of the Labor Management Relations Act of 1947, as amended.

10.  As alleged in COUNT TWO, paragraph II of Plaintiffs' complaint, Defendant is a Washington limited liability company.

MOTION FOR AND AFFIDAVIT FOR ENTRY OF
DEFAULT JUDGMENT – Cl2-2072-RSL
Page 4

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 395-0161 • FAX (206) 341-9215

Case 2:12-cv-02072-RSL   Document 6   Filed 01/28/13   Page 5 of 7

11. As alleged in COUNT TWO, paragraph III of Plaintiffs' complaint, Defendant entered into an agreement with the Local, whereunder Defendant agreed to deduct from the periodic paychecks of Defendant's employees who are represented by the Local specified amounts for each hour of compensation Defendant pays to those employees and to remit the total thus deducted each month to the Trusts no later than the fifteenth (15th) of the month immediately following the month in which such deductions were made.

12. Defendant submitted its reports for the period July 2012 through November 2012, but failed to pay the contributions and dues owed in the amount of $11,125.38 to the Trust for that period. Accordingly, Defendant is obligated to the Trust Funds for contributions in the amount of $10,486.06, for dues in the amount of $639.32, for liquidated damages in the amount of $1,280.85, and for interest (thru 1/25/13) in the amount of $499.30 for the period July 2012 through November 2012.

13. Exhibit 'F' attached to Patricia Hinde's Declaration reflects the date when contributions were due, and also includes calculations of liquidated damages and pre-judgment interest.

14. Plaintiff Trusts have incurred attorneys' fees of $379.50 and court costs of $405.00 in connection with Defendant's unpaid obligations. (See, Ex. B attached hereto).

15. Based upon the pleadings heretofore filed with the Court, upon the foregoing information and exhibits hereto, it has been evidenced as follows:

MOTION FOR AND AFFIDAVIT FOR ENTRY OF
DEFAULT JUDGMENT – C12-2072-RSL
Page 5

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 310
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 285-5555 • FAX (206) 285-5516
cvsfg00/0

A. This action is properly within the jurisdiction of the Court and venue is proper;

B. Defendant has contractual obligations to promptly and fully to report for and pay contributions and dues to Plaintiff Trusts on behalf of each of its employees who are members of the bargaining unit represented by the Local;

C. Defendant specifically accepted the Plaintiff Trusts' Trust Agreements and thereby agreed to pay each of Plaintiff Trusts liquidated damages equal to twelve percent (12%) of all delinquent and delinquently paid contributions, or $25.00 per month, whichever is greater, and twelve percent (12%) annual interest accruing upon each monthly contribution delinquency from the first day thereof until fully paid, as well as all attorneys fees and costs, which Plaintiff Trusts incurred in the collection of all of Defendant's unpaid obligations;

16. Defendant submitted its reports for the period July 2012 through November 2012, but failed to pay the contributions and dues owed in the amount of $11,125.38 to the Trust for that period. Accordingly, Defendant is obligated to the Trust Funds for contributions in the amount of $10,486.06, for dues in the amount of $639.32, for liquidated damages in the amount of $1,280.83, and for interest (thru 1/25/13) in the amount of $499.30 for the period July 2012 through November 2012.

17. Plaintiff Trusts incurred attorneys' fees of $379.50 and court costs of $405.00 in connection with Defendant's unpaid obligations.

MOTION FOR AND AFFIDAVIT FOR ENTRY OF
DEFAULT JUDGMENT -- C12-2072-RSL
Page 6

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE N440
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 285-0464 • FAX (206) 285-8925

18.    Plaintiffs are entitled to take judgment against Defendant for the total amount of $13,690.31 $10,486.06 in contributions, $639.32 in dues, $1,280.85 in liquidated damages; $499.30 in pre-judgment interest; $379.50 in attorneys' fees and $405.00 in costs.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this _____ day of January 2013, at Seattle, King County, Washington.



Russell J. Reid, WSBA No. 2560

SUBSCRIBED AND SWORN to before me this _____ day of January, 2013.

Print Name: Shelly Axne
Notary Public in and for the State of
Washington, residing at Covington WA
My commission expires:  12/9/14

MOTION FOR AND AFFIDAVIT FOR ENTRY OF
DEFAULT JUDGMENT – C12-2072-RSL
Page 7

Reid, Pederson, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW

Sheet2

| Northwest Administrators, Inc. v. Robert Rainey<br>d/b/a Coast to Coast I and D, LLC<br>Attorneys' Fees and Costs | | | |
|---|---|---|---|
| **FEES** | | | |
| Date | Description | Timkpr | Hours | Fees |
| 12/27/2012 | Reviewing new referral re Coast to Coast I & D LLC | RJR | 0.18 | $32.50 |
| 12/27/2012 | Process new referral; draft demand letter to employer | SA | 0.30 | $30.00 |
| 1/7/2013 | TC to Diablo re any payments received; research registered agent via Internet; draft Summons, Complaint, Civil Cover Sheet | SA | 0.50 | $50.00 |
| 1/7/2013 | Reviewing complaint re Coast to Coast I & D LLC | RJR | 0.25 | $62.00 |
| 1/9/2013 | Scan and efile Summons, Complaint, Civil Cover Sheet with USDC; pay filing fee via website | ST | 0.30 | $18.00 |
| 1/9/2013 | Receive Order Regarding Discovery & Depositions, Notice of Participation of Cameras in the Courtroom, Notification Regarding Proposed Video Recording, Minute Entry re Status Conference; docket court date; advise TL of court date; calendar court date for TL; prepare documents for mailing to employer | SA | 0.25 | $25.00 |
| 1/10/2013 | Receive original summons issued by USDC; prepare lawsuit for service on defendant; draft Corporate Disclosure Statement | SA | 0.40 | $40.00 |
| 1/10/2013 | Scan and efile Corporate Disclosure Statement with USDC | ST | 0.10 | $6.00 |
| 1/17/2013 | Process payment; draft payment letter to NWA; calculate attendant amounts owed; draft ld demand letter to employer | SA | 0.60 | $60.00 |
| 1/17/2013 | Reviewing payment re Coast to Coast I & D LLC | RJR | 0.12 | $30.00 |
| 1/24/2013 | Scan and efile Proof of Service with USDC | ST | 0.10 | $6.00 |
| 2/7/2013 | Draft Motion & Affidavit of RJR; draft Proposed Order of Default | SA | 0.30 | $30.00 |
| 2/7/2013 | Reviewing default documents re Coast to Coast I & D LLC | RJR | 0.25 | $62.50 |
| 2/7/2013 | Scan and efile default documents with USDC; email proposed order to Judge | ST | 0.20 | $12.00 |
| 2/15/2013 | Draft and prepare exhibits to be attached to Judgment documents; draft Motion & Affidavit of RJR; draft Lerner Declaration; draft Proposed Judgment | SA | 2.00 | $200.00 |
| 2/15/2013 | Reviewing Judgment documents re Coast to Coast I & D LLC | RJR | 0.25 | $62.50 |
| 2/20/2013 | Scan and efile Judgment documents with USDC; email proposed Judgment to Judge | ST | 0.60 | $36.00 |
| | **TOTAL FEES** | | | **$747.00** |
| | | | | |
| | RJR - Russell J. Reid, Attorney - 1 hr @ $250.00 pr hr = $250.00<br>SA - Shelly Axtis, Legal Assistant - 4.25 hrs @ $100 pr hr = $425.00<br>ST - Shelly Trahin, Office Assistant - 1.20 hrs @ $60 pr hr = $72.00 | | | |
| | | | | |
| | **COSTS** | | | |
| Date | Description | | | Amount |
| 1/9/2013 | Filing fee | | | $350.00 |
| 1/10/2013 | Process Serving fee | | | $75.00 |
| | **TOTAL COSTS** | | | **$425.00** |



Case 2:13-cv-00094-JCC   Document 16   Filed 02/22/13   Page 1 of 2

THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   NORTHWEST ADMINISTRATORS          CASE NO. C13-0034-JCC
    INC,
10                                     DEFAULT JUDGMENT.
11              Plaintiff,
12        v.
13
14   ROBERT RAINEY, d/b/a COAST TO
     COAST I AND D, LLC,
15              Defendant.
16                    Summary of Judgment
17   Judgment Creditor:          Northwest Administrators, Inc.
18   Judgment Debtor:            Robert Rainey, d/b/a Coast to Coast I and D, LLC
     Liquidated Damages          $78.74
19   Interest to Date of Judgment: $6.60
     Attorneys Fees:             $747.00
20   Costs:                      $425.00
     Other Recovery Amounts:     NONE
21   Interest Rate on Costs:     NONE
     Attorneys for Judgment
22      Creditor:                Reid, Pedersen, McCarthy & Ballew, L.L.P.
23   //
24   //
25   //
26

DEFAULT JUDGMENT
PAGE - 1

1  THIS MATTER comes before the Court on Plaintiff's motion for default judgment
2  against the Defendant, (Dkt. No. 13.) The motion is GRANTED. Plaintiff is awarded judgment
3  against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff's Trust
4  by Defendant for its inclusive employment of members of the bargaining unit represented by
5  Local 631, with which the Defendant has a valid collective bargaining agreement, and which
6  amounts are due by reason of its specific acceptance of the Declarations of Trust for the month
7  of October 2012:  for liquidated damages of $78.74; for pre-judgment interest of $6.60; for
8  attorneys fees of $747.00; and for costs of $425.00 all for a total of $1,257.34.
9
10  DATED this 22nd day of February 2013.
11
12
13
14
15
16
17  John C. Coughenour
   UNITED STATES DISTRICT JUDGE
18
19
20
21
22
23
24
25
26

DEFAULT JUDGMENT
PAGE - 2

Page 47

THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

7   NORTHWEST ADMINISTRATORS, INC.,
        Plaintiff,                                          NO.   C13-34-JCC
8

9                    v.                                     PLAINTIFF'S MOTION FOR AND
                                                            AFFIDAVIT FOR ENTRY OF DEFAULT
10  ROBERT RAINEY, d/b/a COAST TO                           JUDGMENT
    COAST I AND D, LLC, an inactive Florida
11  limited liability company,
        Defendant.
12

13          Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiff prays the

14  Court for judgment against Defendant, Robert Rainey, d/b/a Coast to Coast I and D, LLC.

15          This motion is based on documents on file with the court and upon the attached

16  affidavit of Russell J. Reid and exhibits hereto, the Declaration of Andrew Lerner and exhibits

17  thereto, which evidence Plaintiff is entitled to judgment against Defendant, Robert Rainey,

18  d/b/a Coast to Coast I and D, LLC.

19
20          DATED this _15th_ day of _____, 2013.

21                                              REID, PEDERSEN, McCARTHY & BALLEW,
                                                L.L.P.
22

23

24                                              Russell J. Reid, WSBA #2560
                                                Attorney for Plaintiff
25

26  PLAINTIFF'S MOTION FOR AND AFFIDAVIT FOR
    ENTRY OF DEFAULT JUDGMENT -- C13-34-JCC
    Page 1

                                            Reid, Pedersen, McCarthy & Ballew, L.L.P.
                                                     ATTORNEYS AT LAW
                                            100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
                                                     SEATTLE, WASHINGTON 98119
                                            TELEPHONE (206) 285-0464 • FAX (206) 285-8925

**AFFIDAVIT**

STATE OF WASHINGTON )
                     ) ss.
County of King       )

RUSSELL J. REID, being first duly sworn on oath, deposes and says:

1. I am one of the Plaintiff's attorneys and make this affidavit in support of Plaintiff's motion for judgment after entry of default.

2. Plaintiff Northwest Administrators, Inc. ("Northwest"), as the authorized administrative agent for and assignee of the Western Conference of Teamsters Pension Trust Fund (hereinafter "Trust"), brought this action to collect employee benefit contributions, liquidated damages, interest, attorney's fees and costs due by reason of Defendant's employment of members of the bargaining unit represented by Local 631 of the International Brotherhood of Teamsters (hereinafter "Local").

3. As evidenced by the records on file with the court, an Order of Default has been entered against Defendant. (See Exhibit A attached hereto).

4. As alleged by Plaintiff in paragraph I of its Complaint, it is a Washington corporation doing business in King County.

5. As alleged by Plaintiff in paragraph V of its Complaint, Defendant is the President of Coast to Coast I and D, LLC, an inactive Florida limited liability company.

6. The Court has jurisdiction over the subject matter of this action under Section 502 (e)(1) and (f) of the Employee Retirement Income Security Act of 1974

Reid, Pederson, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 285-6464 • FAX (206) 285-6565

("ERISA"), 29 U.S.C. §1132 (e)(1) and (f) and under Section 301 (a) of the Taft-Harley Act, 29 U.S.C. §185 (a)..

7.   As alleged by Plaintiff in paragraph VI of its Complaint, Defendant is bound to a collective bargaining agreement (See Lerner Dec., Ex. A) with the Trust under which the Defendant is required to promptly and fully report for and pay monthly contributions to the Trust at specified rates for each hour of compensation (including overtime, holidays, vacation and sick leave) the Defendant pays to its employees who are members of the bargaining unit represented by the Local (such bargaining unit members are any of the Defendant's part time or full time employees who perform any work task covered by the Defendant's labor agreement with the Local, whether or not those employees ever actually join the Local).

8.   As alleged by Plaintiff in paragraph VII of its Complaint, Defendant specifically accepted the Plaintiff's Trust Agreement.  (Lerner Dec., Ex. B, Article IV, Section 3, pp. 6-7).

9.   By accepting the Trust's Agreement and Declaration of Trust, Defendant agreed to pay to the Trust liquidated damages equal to twenty percent (20%) of all delinquent and delinquently paid contributions and interest at varying annual rates (see, Ex B attached hereto -- IRC 6621 Table of Underpayment Rates (a)(2)) accruing upon such contribution delinquencies, as well as reasonable attorneys'

PLAINTIFF'S MOTION FOR AND AFFIDAVIT FOR
ENTRY OF DEFAULT JUDGMENT -- C13-34-JCC
Page 3

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-4125 • FAX (206) 285-8925

1   fees and costs the Trust incurs in connection with Defendant's unpaid obligations.
2   (Lerner Dec., Ex. B, Article IV, Section 3, pp. 6-7).

3   10.   Defendant made delinquent payment of Trust contributions for the month of
4   October 2012.

5   11.   Based on Defendant's delinquently paid contributions for the period October 2012,
6   Defendant is accordingly obligated for liquidated damages in the amount of
7   $78.74, as well as interest at the rate of three percent (3%) per annum (see Exhibit
8   B attached hereto) (through 1/17/13) in the amount of $6.60 for the month of
9   October 2012.

10   12.   See, Lerner Dec., Ex. D attached thereto, which is a spreadsheet showing the
11   amounts due, their due dates, dates of payment, and calculations of interest and
12   liquidated damages.

13   13.   Plaintiff has incurred attorneys' fees of $747.00 and court costs of $425.00 in
14   connection with Defendant's unpaid obligations. (Exhibit C attached hereto).

15   14.   Based upon the pleadings heretofore filed with the Court, upon the foregoing
16   information and exhibits hereto, it has been evidenced as follows:

17        A.   This action is properly within the jurisdiction of the Court and venue is proper;

18        B.   Defendant is in default herein;

19        C.   Defendant has contractual obligations to promptly and fully to report for and
20             pay contributions to the Trust at specified rates on behalf of each of

Reid, Pederson, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
105 WEST HARRISON STREET • NORTH TOWER, SUITE 100
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 285-0464 • FAX (206) 285-8925
info@rpmb.com

Defendant's employees who is a member of the bargaining unit represented by the Local;

D. Defendant specifically accepted the Plaintiff Trust's Agreement and thereby agreed to pay Plaintiff Trust liquidated damages equal to twenty percent (20%) of all delinquent and delinquently paid contributions and interest at varying rates accruing on the delinquent contributions from the date due until fully paid, as well as all attorneys' fees and costs including audit expenses if applicable, which Plaintiff incurs in the collection of all of Defendant's unpaid obligations;

E. Based on Defendant's delinquently paid contributions for the month of October 2012, Defendant is liable for liquidated damages of $78.74, as well as interest in the amount of $6.60 for the period of October 2012.

F. Defendant is further liable for attorney's fees of $747.00 and costs of $425.00.

15. Accordingly, Plaintiff is entitled to take judgment against Defendant for the total amount of $1,257.34: $78.74 in liquidated damages; $6.60 in pre-judgment interest; $747.00 in attorneys' fees, and $425.00 in costs.

I declare under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

Executed this _15th_ day of February, 2013, at Seattle, King County, Washington.

Russell J. Reid, WSBA #2560

Reid, Pederson, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 285-0464 • FAX (206) 285-9915

SUBSCRIBED AND SWORN to before me this 15th day of February 2013.

Print Name: Shelly Azus
Notary Public in and for the State of
Washington, residing at Covington WA
My commission expires: 12/09/14

PLAINTIFF'S MOTION FOR AND AFFIDAVIT FOR
ENTRY OF DEFAULT JUDGMENT – C13-94-JCC
Page 6

Reid, Pederson, MaCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 282-6191 • FAX: (206) 281-0152

Sheet2

| | | Northwest Administrators, Inc. v. Curtin's Airfreight, Incorporated Attorneys'/Non-Attorneys' Fees and Costs | | | |
|---|---|---|---|---|---|
| | | FEES | | | |
| Date | | Description | Tmkpr | Hours | Fees |
| 2/5/2013 | | Reviewing complaint re Curtin's Airfreight, Incorporated | RJR | 0.25 | $62.50 |
| 2/5/2013 | | TC to Martha re any payments received for 9/12 forward; conference with RJR re commencing lawsuit for the period 9/12 forward; research registered agent via Internet; draft Summons, Complaint, Civil Cover Sheet | SA | 0.60 | $60.00 |
| 2/5/2013 | | Scan and efile Summons, Complaint, Civil Cover Sheet with USDC; pay filing fee via website | ST | 0.30 | $18.00 |
| 2/7/2013 | | Draft Corporate Disclosure Statement; receive original summons issued by USDC; prepare lawsuit for service on employer | SA | 0.40 | $40.00 |
| 2/7/2013 | | Scan and efile Corporate Disclosure Statement with USDC | ST | 0.10 | $6.00 |
| 2/26/2013 | | Scan and efile Proof of Service with USDC | ST | 0.10 | $6.00 |
| 3/14/2012 | | Reviewing default documents re Curtin's Airfreight, Incorporated | RJR | 0.25 | $62.50 |
| 3/14/2012 | | Draft Motion & Affidavit of RJR; draft Proposed Order of Default | SA | 0.30 | $30.00 |
| 3/16/2013 | | Scan and efile default documents with USDC; email proposed Order to Judge | ST | 0.20 | $12.00 |
| 3/21/2013 | | Draft Subpoena Duces Tecum; draft cover letter to defendant, draft letter to process server enclosing subpoena, witness fee, mileage fee and cover letter to defendant for service on defendant | SA | 0.60 | $60.00 |
| 4/20/2013 | | Receive remittance reports from Defendant pursuant to Subpoena; calculate amounts owed; draft and prepare exhibits to be attached to Judgment documents; draft Motion & Affidavit of RJR, draft Declaration of Jim Helmers; draft Proposed Order | SA | 2.60 | $260.00 |
| 4/20/2013 | | Reviewing judgment documents re Curtin's Airfreight, Incorporated | RJR | 0.25 | $62.50 |
| 4/20/2013 | | Scan and efile judgment documents with USDC; email proposed Judgment to Judge | ST | 0.50 | $30.00 |
| | | TOTAL FEES | | | $669.50 |

RJR - Russell J. Reid, Attorney - .75 hrs @ $250 pr hr = $187.50
SA - Shelly Azus, Legal Assistant - 4.30 hrs @ $100 pr hr = $430.00
ST - Shelly Trahin, Office Assistant - 1.20 hrs @ $60 pr hr = $72.00

| | COSTS | | |
|---|---|---|---|
| Date | Description | | Amount |
| 2/6/2013 | Filing fee | | $350.00 |
| 2/14/2013 | Process Service fee (lawsuit) | | $50.00 |
| 4/1/2013 | Process Service fee (subpoena) | | $50.00 |
| 4/1/2013 | Mileage fee (subpoena) | | $49.49 |
| 4/1/2013 | Witness fee (subpoena) | | $40.00 |
| | TOTAL COSTS | | $539.49 |

Motion & Affidavit for Default Judgment
Page 40

THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CURTIN'S AIRFREIGHT,<br>INCORPORATED, a California corporation,<br><br>Defendant. | NO.   C13-213-RAJ<br><br>DEFAULT JUDGMENT |

### Summary of Judgment

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Curtin's Airfreight, Incorporated |
| Principal Judgment Amount | $94,004.74 |
| Liquidated Damages | $18,800.95 |
| Interest to Date of Judgment: | $806.99 |
| Attorneys' Fees: | $689.50 |
| Costs: | $599.49 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | Three percent (3%) per annum |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment<br>  Creditor: | Reid, Pedersen, McCarthy & Ballew, L.L.P. |

In accordance with the court's order granting Plaintiff's motion for default judgment, the court awards judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff's Trust by Defendant for its inclusive employment of members

JUDGMENT – C13-213-RAJ
Page 1 of 2
S:\Jean\Northwest Cleanup\213 NW Administrators v. Curtin's Airfreight - default judgment.docx

Case 2:13-cv-00213-RAJ   Document 11   Filed 05/01/13   Page 2 of 2

of the bargaining unit represented by Local 624, with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust. The judgment consists of $94,004.74 in unpaid trust contributions, liquidated damages of $18,800.95, pre-judgment interest of $806.99, attorneys' fees of $689.50, and costs of $599.49. The total judgment is $114,901.67.

JUDGMENT ENTERED this 1st day of May, 2013

WILLIAM M. MCCOOL
Clerk of Court

/s Consuelo Ledesma
Deputy Clerk

JUDGMENT – C13-213-RAJ
Page 2 of 2
S:\East\No\Blah\Cheese\pay\13-213 IBV Admin\Admin v. Corb's Abiecht - default judgment.docx

THE HONORABLE RICHARD A. JONES

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

7   NORTHWEST ADMINISTRATORS, INC.,        NO.   C13-213-RAJ

8               Plaintiff,

9        v.                                PLAINTIFF'S MOTION FOR AND
                                           AFFIDAVIT FOR ENTRY OF DEFAULT
10   CURTIN'S AIRFREIGHT,                   JUDGMENT
     INCORPORATED, a California corporation,
11

12               Defendant.

13       Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiff prays the

14   Court for judgment against Defendant, Curtin's Airfreight, Incorporated.

15       This motion is based on documents on file with the court and upon the attached

16   affidavit of Russell J. Reid and exhibits hereto, the Declaration of James Helmers and exhibits

17   thereto, which evidence Plaintiff is entitled to judgment against Defendant, Curtin's

18   Airfreight, Incorporated.

19

20       DATED this 28th day of _____April_____, 2013.

21                              REID, PEDERSEN, McCARTHY & BALLEW,
                                L.L.P.
22

23
                                _____
24                              Russell J. Reid, WSBA #2560
                                Attorney for Plaintiff
25

26   PLAINTIFF'S MOTION FOR AND AFFIDAVIT FOR
     ENTRY OF DEFAULT JUDGMENT -- C13-213-RAJ          Reid, Pedersen, McCarthy & Ballew, L.L.P.
     Page 1                                                      ATTORNEYS AT LAW
                                                        100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
                                                                   SEATTLE, WASHINGTON 98119
                                                        TELEPHONE (206) 285-0164 • FAX (206) 285-0025

# AFFIDAVIT

STATE OF WASHINGTON )
                     ) ss.
County of King       )

RUSSELL J. REID, being first duly sworn on oath, deposes and says:

1.  I am one of the Plaintiff's attorneys and make this affidavit in support of Plaintiff's motion for judgment after entry of default.

2.  Plaintiff Northwest Administrators, Inc. ("Northwest"), as the authorized administrative agent for and assignee of the Western Conference of Teamsters Pension Trust Fund (hereinafter "Trust"), brought this action to collect employee benefit contributions, liquidated damages, interest, attorney's fees and costs due by reason of Defendant's employment of members of the bargaining unit represented by Local 624 of the International Brotherhood of Teamsters (hereinafter "Local").

3.  As evidenced by the records on file with the court, an Order of Default has been entered against Defendant. (See Exhibit A attached hereto).

4.  The Court has jurisdiction over the subject matter of this action under Section 502 (e)(1) and (f) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1132 (e)(1) and (f) and under Section 301 (a) of the Taft-Hartley Act, 29 U.S.C. §185 (a).

5.  Venue is proper in this district under Section 502 (e)(2) of ERISA, 29 U.S.C. §1132 (e)(2), because plaintiff Trusts are administered in this district.

PLAINTIFF'S MOTION FOR AND AFFIDAVIT FOR
ENTRY OF DEFAULT JUDGMENT -- C13-213-RAJ
Page 2

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

6. As alleged by Plaintiff in paragraph I of its Complaint, it is a Washington corporation doing business in King County.

7. As alleged by Plaintiff in paragraph V of its Complaint, Defendant is a California corporation.

6. As alleged by Plaintiff in paragraph VI of its Complaint, Defendant is bound to a collective bargaining agreement (See Holmers Dec, Ex. A) with the Trust under which the Defendant is required to promptly and fully report for and pay monthly contributions to the Trust at specified rates for each hour of compensation (including overtime, holidays, vacation and sick leave) the Defendant pays to its employees who are members of the bargaining unit represented by the Local (such bargaining unit members are any of the Defendant's part time or full time employees who perform any work task covered by the Defendant's labor agreement with the Local, whether or not those employees ever actually join the Local).

7. As alleged by Plaintiff in paragraph VII of its Complaint, Defendant specifically accepted the Plaintiff's Trust Agreement. (Holmers Dec., Ex. B, Article IV, Section 3, p. 6).

8. By accepting the Trust's Agreement and Declaration of Trust, Defendant agreed to pay to the Trust liquidated damages equal to twenty percent (20%) of all delinquent and delinquently paid contributions and interest at varying annual rates (see, Ex B attached hereto -- IRC 6621 Table of Underpayment Rates (a)(2))

PLAINTIFF'S MOTION FOR AND AFFIDAVIT FOR
ENTRY OF DEFAULT JUDGMENT -- C13-213-RAJ
Page 3

Reid, Pedersen, McCarthy & Ballew, L.L.P
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

accruing upon such contribution delinquencies, as well as reasonable attorneys' fees and costs the Trust incurs in connection with Defendant's unpaid obligations, (Helmers Dec., Ex. B, Article IV, Section 3, p. 6).

9.   Defendant submitted its remittance reports for the months of September 2012 through March 2013 (Helmers Dec., Ex. C), but failed to pay the contributions owed for those months.   Therefore, Defendant is obligated to the Trust for unpaid contributions for the months of September 2012 through March 2013 in the amount of $94,004.74.   Based on Defendant's unpaid contributions for the period September 2012 through March 2013, it is accordingly obligated for liquidated damages in the amount of $18,800.95, as well as interest at the rate of three percent (3%) per annum (see Exhibit B attached hereto) (through 4/29/13) in the amount of $806.99 for the months of September 2012 through March 2013.

10.   See, spreadsheet showing the amounts due, their due dates and calculations of interest and liquidated damages.   (Helmers Dec., Ex. D).

11.   Plaintiff has incurred attorneys' fees of $689.50 and court costs of $599.49 in connection with Defendant's unpaid obligations.   Exhibit C, attached hereto, sets forth the true and correct itemization of attorney and non-attorney time spent on this matter.   The attorney's hourly rate does not incorporate the cost of work performed by non-attorneys.   Consistent with *Trustees of Construction Industry v. Redland Insurance Company*, 460 F.3d 1253 (9th cir., 2006) the award of fees for both attorneys and non-attorneys is customary and fees for both attorneys and non-

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET  •  NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0164  •  FAX: (206) 285-8925
© offen-co

attorneys have been approved by numerous judges in the United States District
Court for the Western District of Washington.  True and correct copies of the
Orders awarding fees and declarations showing the fees awarded were for work by
attorneys and non-attorneys are attached hereto as **Exhibit D.**

12. The attorney fees incurred by Plaintiff include work performed by attorney,
Russell J. Reid, and non-attorneys, Shelly Azus and Shelly Trahin.

13. Based upon the pleadings heretofore filed with the Court, upon the foregoing
information and exhibits hereto, it has been evidenced as follows:

A. This action is properly within the jurisdiction of the Court and venue is proper;

B. Defendant is in default herein;

C. Defendant has contractual obligations to promptly and fully to report for and
pay contributions to the Trust at specified rates on behalf of each of
Defendant's employees who is a member of the bargaining unit represented by
the Local;

D. Defendant specifically accepted the Plaintiff Trust's Agreement and thereby
agreed to pay Plaintiff Trust liquidated damages equal to twenty percent (20%)
of all delinquent and delinquently paid contributions and interest at varying
rates accruing on the delinquent contributions from the date due until fully
paid, as well as all attorneys' fees and costs, which Plaintiff incurs in the
collection of all of Defendant's unpaid obligations;

PLAINTIFF'S MOTION FOR AND AFFIDAVIT FOR
ENTRY OF DEFAULT JUDGMENT - C13-213-RAJ
Page 5

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

Motion & Affidavit for Default Judgment
Page 47

E.  Defendant submitted its reports for the period September 2012 through March 2013, but failed to pay the contributions owed in the amount of $94,004.74 to the Trust for that period.  Accordingly, Defendant is obligated to the Plaintiff's Trust for contributions in the amount of $94,004.74, for liquidated damages in the amount of $18,800.95, and for pre-judgment interest (through April 29, 2013) in the amount of $806.99.

F.  Defendant is further liable for attorney's fees of $689.50 and costs of $599.49.

14.  Accordingly, Plaintiff is entitled to take judgment against Defendant for the total amount of $114,901.67:  $94,004.74 in contributions, $18,800.95 in liquidated damages; $806.99 in pre-judgment interest; $689.50 in attorneys' fees, and $599.49 in costs.

I declare under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

Executed this ____ day of April, 2013, at Seattle, King County, Washington.

Russell J. Reid, WSBA #2560

SUBSCRIBED AND SWORN to before me this _____ day of April, 2013.

Print Name:  Shelly Azus
Notary Public in and for the State of
Washington, residing at Covington WA
My commission expires:  12/09/14

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 285-0464 • FAX: (206) 285-8925